In the Matter of 507 Madison Ave. Realty Co., Inc., Respondent, *v.* Nicholas Martin, Appellant, Impleaded with Others.

*Lease — landlord and tenant — summary proceedings — when provision in lease that landlord may terminate same by giving notice in writing a covenant running with land and attaching to reversion and available to grantee of executors of owner to terminate lease.*

*507 Madison Ave. Realty Co., Inc.,* v. *Martin,* 200 App. Div. 146, affirmed.

(Argued May 31, 1922; decided June 6, 1922.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 3, 1922, which reversed a determination of the Appellate Term affirming an order of the Municipal Court of the city of New York dismissing the

petition in a summary proceeding for the eviction of a tenant holding over and directed that a final order issue removing the tenant from the premises. The owner of the premises executed a lease thereof containing the provision that " Said landlord reserves the right to terminate this lease and the term thereof at any time after May 1, 1920, in case of a *bona fide* sale of the property upon giving 90 days' notice in writing to said tenant, addressed to said demised premises, of his intention so to terminate the same, and this lease and the term thereof shall cease, determine and end at the expiration of 90 days from the day when such notice is given." The lessor died and his executors, pursuant to a power of sale, conveyed the premises. The new owner, having contracted to resell the premises, on or about May 3, 1920, served upon the tenant a notice in writing of the intention to terminate the lease at the expiration of ninety days. The question litigated was whether the right to cancel the lease was personal to the original landlord or was a covenant running with the land attaching to the reversion thereof and available to the present owner for the purpose of terminating the lease and removing the tenant.

*Arthur S. Luria* and *George L. Ingraham* for appellant.
*I. Maurice Wormser* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.